UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:16CR *00239 BSM* |
| | ) | |
| v. | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | Title 18, U.S.C. §§ 3571 & 3013 |
| AARON TYLER GOFORTH | ) | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 18 2016

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

## INDICTMENT

THE GRAND JUIRY CHARGES THAT:

## COUNT 1

*(Felon in Possession of a Firearm)*

A.    Prior to March 23, 2016, the defendant,

AARON TYLER GOFORTH,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for Possession with the Intent to Deliver a Controlled Substance- Methamphetamine a Class B felony, in Case # 11-CR-3582.

2. In Pulaski County Circuit Court for Possession with the Intent to Deliver a Controlled Substance- Marijuana a Class C felony, in Docket # CR 2007-000924.

B.    The crime set forth in paragraph A. above was punishable by a term of imprisonment exceeding one year.

C.    On or about March 23, 2016, in the Eastern District of Arkansas, the defendant,

AARON TYLER GOFORTH,

did knowingly possess a firearm, to wit: a Ruger 9 mm caliber pistol, Model P95, bearing serial number 31288833, in and affecting commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

(END OF TEXT.  SIGNATURE PAGE ATTACHED)