## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                                             **Plaintiff**

**v.**                         **Case No.: 4:16–cr–00239–BSM**

**Aaron Tyler Goforth**                                                                        **Defendant**

## NOTICE OF HEARING

     PLEASE take notice that a Bond Revocation Hearing has been set in this case for February 17, 2017, at 11:00 AM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** February 14, 2017                        AT THE DIRECTION OF THE COURT
                                                                     JAMES W. McCORMACK, CLERK

                                                                     **By:**  /s/ Lorna E. Jones, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas