IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16CR00239 BSM |
| | ) | |
| AARON TYLER GOFORTH | ) | |

## RESPONSE TO MOTION TO CANCEL HEARING

The United States Attorney for the Eastern District of Arkansas, Christopher R. Thyer, by and through Edward O. Walker, Assistant United States Attorney, for its response, states:

Defendant has moved to have the February 17, 2017 revocation hearing canceled to allow time for his treatment and release from Baptist Medical Center. The United States does not object to a continuance of the revocation hearing.

THEREFORE, for the reasons stated above, the United States does not object to defendant's motion, as long as a hearing can be set immediately upon his release.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

By:  */s/ Edward O. Walker*
EDWARD O. WALKER
Assistant U.S. Attorney
AR Bar# 2000076
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Edward.O.Walker@usdoj.gov

<u>Certificate of Service</u>

  I hereby certify that on February 16, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will notify defense counsel accordingly.

               <u>/s/ *Edward O. Walker*</u>
               Edward O. Walker