IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                      CASE NO. 4:16-CR-00239-BSM

**AARON TYLER GOFORTH**                                                                      **DEFENDANT**

## ORDER

Aaron Goforth's motion for compassionate release [Doc. No. 42] is denied because he has not satisfied his burden of showing extraordinary and compelling reasons to justify early release, and because he is a danger to society. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *2–3 (E.D. Ark. June 11, 2020).

Goforth pled guilty to being a felon in possession of a firearm and was sentenced to 77 months of imprisonment. Doc. No. 40. He moves for compassionate early release, pursuant to 18 U.S.C. § 3582(c)(1)(A), which requires consideration of the sentencing factors enumerated by 18 U.S.C. § 3553.

Goforth argues that he has medical conditions that are "extraordinary and compelling" and warrant compassionate early release because they greatly increase his likelihood of dying or suffering severe complications from COVID-19 if he were to contract the virus. Mot. Reduced Sentence at 4, 6, Doc. No. 42. Goforth is a paraplegic, who suffers from hypotension and anemia, limited lung function, and susceptibility to respiratory and urinary tract infections. *Id.* at 4. He asks to be placed on supervised release and for permission to self-quarantine at his mother's home. *Id.* at 6–7.

The government objects to the motion on two grounds: first, Goforth's conditions do not justify compassionate release; and second, Goforth is a danger to society. Resp. Mot. Release at 3, 8–9, Doc. No. 45. The government contends that Goforth's medical records do not indicate that he has a heightened risk for complications from a COVID-19 infection, and even if they did, general concerns about COVID exposure do not satisfy the "extraordinary and compelling" requirement of § 3582. *Id*. at 3–4. Moreover, based on his firearms and drug convictions, as well as his arrests for aggravated robbery and theft by receiving, Goforth is a danger to society. *Id.* at 8–9; U.S.S.G. § 1B1.13.

IT IS SO ORDERED this 10th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE